JUDGE CASTEL

07CRIM. 550

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

v.                                :     INDICTMENT

HERNAN ALONSO AMAYA,              :     07 Cr.

           Defendant.         :

- - - - - - - - - - - - - - - - X

JUN 15 2007

COUNT ONE

The Grand Jury charges:

From in or about July 1992 up through and including on or about June 7, 2007, in the Southern District of New York and elsewhere, HERNAN ALONSO AMAYA, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for the criminal sale of a controlled substance in the second degree, a violation of New York State penal law section 220.41, in New York State Supreme Court, Nassau County, on or about August 30, 1983, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Section 1326(a) and (b)(2).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Case 1:07-cr-00550-PKC   Document 6   Filed 06/15/2007   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HERNAN ALONSO AMAYA,

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))


                                    MICHAEL J. GARCIA
                                 United States Attorney.

A TRUE BILL

*[signature]*
                                              Foreperson.

*June 15, 2007*
*Indictment filed*
*Case assigned to Judge Castel*
*Freeman, USMJ*