USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ALONSO AMAYA,

           Defendant.

------------------------------------------------------------x

07 CR 550 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

      Upon the application of the government, consented to by defense counsel, the initial pretrial conference is scheduled for June 26, 2007 at 11:30 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the government to produce and the defendant to review discovery. Accordingly, the time between today and June 26, 2007 is excluded.

      SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       June 21, 2007